BRUCE C. COBB

v.

NORMAN M. ROSS, JR. and
CUSTOM WOODCRAFT, INC.

NORMAN M. ROSS, JR., Appellant

No. 15,237

United States Court of Appeals

Third Circuit

Argued November 16, 1965

Decided December 3, 1965

*See, also, 353 F.2d 212*

---

GEORGE T. DUDLEY, ESQ. (DUDLEY, HOFFMAN & GRUNERT), Charlotte Amalie, St. Thomas, Virgin Islands, *for appellant*

THOMAS D. IRELAND, ESQ. (MAAS & IRELAND), Charlotte Amalie, St. Thomas, Virgin Islands, *for appellee*

Before KALODNER, *Chief Judge,* and McLAUGHLIN and SMITH, *Circuit Judges*

OPINION OF THE COURT

PER CURIAM.

On review of the record we find no error. The Judgment of the District Court will be affirmed.